# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>vs.<br><br>PETER URREA,<br><br>                Defendant/Judgment Debtor,<br>and<br><br>OGENX THERAPEUTICS,<br><br>                          Garnishee. | NO. MC 14-5006 BHS<br><br>(3:13-CR-5372-1)<br><br>[PROPOSED]<br><br>ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Non-Wages due and owing to the Defendant/Judgment Debtor, Peter Urrea, from Ogenx Therapeutics, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Ogenx Therapeutics, whose address is Ogenx Therapeutics, Attn: Garnishment Department, 1290 Gulf Blvd., Suite 1201, Clearwater, FL 33767.

DATED this \_\_20\_\_ day of \_\_March_____, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KERRY J. KEEFE, WSBA #17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970 / Fax: (206) 553-4067
E-mail: kerry.keefe@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970