The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER D. URREA,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>OGENX THERAPEUTICS,<br><br>Garnishee. | NO. 3:14-MC-05006-BHS<br><br>(CR13-5372-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment for Non-Wages, directed to Garnishee Ogenx Therapeutics, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Ogenx Therapeutics filed an Answer on May 14, 2014, stating that at the time of the service of the Writ, Garnishee had in its possession, custody or control a severance benefits agreement, which outlined the Defendant/Judgment Debtor's benefits payable if the company raises money or if the company gets a product to the

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v Peter D. Urrea and Ogenx Therapeutics.*, USDC#: 3:14-MC-05006-BHS/CR13-5372-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

market, as well as any amounts that may be owed contingent on future events [doc. no. 7].

After notification of the garnishment proceeding was mailed to the parties on or about March 21, 2014, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Ogenx Therapeutics, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all severance benefits and/or contingent amounts owed to the Defendant/Judgment Debtor in Garnishee's possession, custody, or control, in which the Defendant maintains an interest;

That such payments shall be applied to Defendant/Judgment Debtor Urrea's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. CR13-5372-1 and 3:14-MC-05006-BHS, and to deliver such payments either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

//
//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v Peter D. Urrea and Ogenx Therapeutics.*, USDC#: 3:14-MC-05006-BHS/CR13-5372-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this ___18___ day of ___March___, 2015

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v Peter D. Urrea and Ogenx Therapeutics.*, USDC#: 3:14-MC-05006-BHS/CR13-5372-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970